**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
(973) 622-4444
(973) 624-7070 FAX
*Attorneys for Defendant*
*TTI Floor North America, Inc.*
*(d/b/a Hoover)*

|  |  |
|---|---|
| DARLA BRADEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>TTI FLOOR NORTH AMERICA, INC. (d/b/a HOOVER),<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 3:16-cv-743-MAS-TJB<br>Honorable Michael A. Shipp<br>Honorable Tonianne J. Bongiovanni<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT** |

**TO:**   Gerald H. Clark, Esq.
811 Sixteenth Avenue
Belmar, NJ  07719
Attorney for Plaintiff

**SIR**:

**PLEASE TAKE NOTICE** that on May 16, 2016 at 10 o'clock in the forenoon, or as soon thereafter as counsel may be heard, we shall apply to the United States District Court for the District of New Jersey for entry of an Order to Dismiss *Braden v. TTI Floor North America, Inc. (d/b/a Hoover)* in its entirety for failure to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, we shall rely upon the Certification of Zane C. Riester and Affidavit of Jim Deitzel and Exhibits in Support of TTI Floor North America, Inc. (d/b/a Hoover)'s Motion to Dismiss the Complaint and the Memorandum in Support of TTI Floor North America, Inc. (d/b/a Hoover)'s Motion to Dismiss the Complaint, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this motion.

McCARTER & ENGLISH, LLP
Attorneys for Defendant
*TTI Floor North America, Inc.
(d/b/a Hoover)*

By: *s/ David R. Kott*
    David R. Kott
    Edward J. Fanning, Jr.
    Members of the Firm

Dated: April 15, 2016