McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
(973) 624-7070 FAX
*Attorneys for Defendant*
*TTI Floor North America, Inc.*
*(d/b/a Hoover)*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARLA BRADEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> TTI FLOOR NORTH AMERICA, INC. (d/b/a HOOVER), <br><br> Defendant. | Civil Action No. 3:16-cv-743-MAS-TJB <br> Honorable Michael A. Shipp <br> Honorable Tonianne J. Bongiovanni <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint and any and all Amended Complaints against the defendant be and they hereby are dismissed without prejudice and without costs against any party.

CLARK LAW FIRM, PC
Attorneys for Plaintiff
  *Darla Braden*

*s/ Gerald H. Clark*

By:
    Gerald H. Clark

McCARTER & ENGLISH, LLP
Attorneys for Defendant
  *TTI Floor North America, Inc. (d/b/a Hoover)*

*s/ David R. Kott*

By:
    David R. Kott, Esq.
    A Member of the Firm

**IT IS SO ORDERED** on this 4th day of March, 2021.

_____
HONORABLE MICHAEL A. SHIPP

ME1 35841279v.1